IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil No. 11-00606 |
| | ) | |
| STEPHEN AND ELEANORE THORNE | ) | |
| | ) | |
| Appellees. | ) | |

## STIPULATION OF DISMISSAL

The United States of America, Stephen Thorne, and Eleanore Thorne, stipulate and agree that the above referenced proceeding be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys fees or other expenses of litigation.

For Appellees:

/s/ Travis Sasser
TRAVIS SASSER
SASSER LAW FIRM
2000 Regency Parkway, Suite 230
Cary, NC 27518
(919) 319-7400
Email: tsasser@carybankruptcy.com
NC State Bar No. 26707

For Appellant:

/s/ Jonathan D. Carroll
JONATHAN D. CARROLL
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
(202) 307-6669
Email: Jonathan.D.Carroll@usdoj.gov